| | |
|---|---|
| Katherine S. Somervell<br>Gail R. Manuguid<br>Bullivant Houser Bailey PC<br>1601 Fifth Avenue, Suite 2300<br>Seattle, Washington 98101-1618<br>Telephone: 206.292.8930<br>Facsimile: 206.386.5130<br><br>Attorneys for Defendants | THE HONORABLE LONNY R. SUKO<br><br>FILED IN THE<br>U.S. DISTRICT COURT<br>EASTERN DISTRICT OF WASHINGTON<br><br>DEC 19 2008<br><br>JAMES R. LARSEN, CLERK<br>_____ DEPUTY<br>YAKIMA, WASHINGTON |

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| LINDA DAVIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STANDARD INSURANCE COMPANY, an insurance company; YAKIMA VALLEY FARM WORKERS CLINIC,<br><br>　　　　Defendants. | No.: CV-07-5058-LRS<br><br>STIPULATED ORDER OF DISMISSAL<br><br>**Clerk's Action Required** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto that the Claims of Plaintiff Linda Davis against Defendants Standard Insurance Company and Yakima Valley Farm Workers Clinic, in the above-entitled matter, have been fully settled and compromised. As such, all claims in this action may be dismissed with prejudice and without costs to any party.

\\
\\
\\
\\

| | |
|---|---|
| Dated this 17th day of December, 2008. | |
| BULLIVANT HOUSER BAILEY, PC | LEAVY SCHULTZ DAVIS & FEARING |
| By:/s/Gail R. Manuguid<br>Katherine S. Somervell, WSBA# 40366<br>Gail R. Manuguid, WSBA #37916 | By:/s/John G. Schultz<br>John G. Schultz, WSBA# 766 |
| Attorneys for Defendants | Attorneys for Plaintiff |

# ORDER

THIS MATTER coming on to be heard before the undersigned judge of the above-entitled court based upon the stipulation of the parties for dismissal of Plaintiff Linda Davis' Claims as against Defendants Standard Insurance Company and Yakima Valley Farm Workers Clinic, and the Court being fully advised, NOW, THEREFORE, it is hereby

ORDERED, ADJUDGED, AND DECREED that Plaintiff Linda Davis' Claims against Defendants Standard Insurance Company and Yakima Valley Farm Workers Clinic, be, and hereby are, dismissed with prejudice and without costs.

DATED this _19th_ day of December, 2008.

_____
HONORABLE LONNY R. SUKO

Presented by:

BULLIVANT HOUSER BAILEY, PC

By:/s/Gail R. Manuguid
Katherine S. Somervell, WSBA# 40366
Gail R. Manuguid, WSBA #37916

Attorneys for Defendants

Copy received; Approved as to Form;
Notice of Presentation Waived

LEAVY SCHULTZ DAVIS & FEARING

By: /s/John G. Schultz
John G. Schultz, WSBA #776

Attorneys for Plaintiff